State v. Van Brunt.

THE STATE, Appellant, v. VAN BRUNT.

Division Two, November 7, 1898.

Appeal by State: INFORMATION QUASHED. No appeal lies from a judgment quashing an information.

*Appeal from Buchanan Criminal Court.*—HON. ROMULUS E. CULVER, Judge.

, APPEAL DISMISSED.

EDWARD C. CROW, Attorney-General, and SAM B. JEFFRIES, Assistant Attorney-General, for appellant.

(1)   This appeal instituted upon the part of the prosecuting attorney of Buchanan county, must be dismissed.

R. A. BROWN for respondent.

SHERWOOD, J.—No appeal lies from a judgment quashing an information.   [State v. Carr, 142 Mo. 607, and other cases.]   Appeal dismissed.

All concur.

---

THE STATE v. CLARK, Appellant.

Division Two, November 7, 1898.

1. Indictment: MIXTURE OF NAMES. An indictment for homicide which charges an assault with a pistol against Lizzie Clark, and the shooting and striking "of one Lizzie Hatch," is bad, as the assault and the battery must be alleged to have been made on the same person.

2. ———: SHOOTING AT ONE PERSON, KILLING ANOTHER. Where a person shoots at one person and kills another, malice will be implied as to the latter, and therefore the indictment must allege the assault as made on the person killed.